CLIFFORD HAMP v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present— Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *ante*, p. 880.]

BERLIN & JONES COMPANY, INC., v. MONROE PAPER BOX COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *ante*, p. 926.]

SADA M. ABRAHAMS et al., v. AMERICAN STEEL & WIRE CO. et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *ante*, p. 880.]

DIAMOND STATE FOOD PRODUCTS, INC., Respondent-Appellant, and DELAWARE FOOD PRODUCTS, INC., Respondent, v. JESSE LOWENTHAL, Appellant-Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan and Bastow, JJ. [See *ante*, p. 880.]

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN R. ALEX.—Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN R. ALEX.—Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN R. ALEX.—Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN R. ALEX.—Motion to dismiss appeal granted. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

BERNARR MACFADDEN v. JONNIE L. MACFADDEN.— Motion to dismiss appeals granted, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.

In the Matter of RUBIN ZUCKERMAN, as President of Joint Board of Cloak, Suit, Skirt and Reefer Makers' Union, an Unincorporated Association, Respondent, against MACK SEPLER, INC., Appellant.— Motion denied. Execution of judgment was automatically stayed by appellant's compliance with section 615 of the Civil Practice Act. Present — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ.